AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Saul A. Vesecky
address unknown
DOB: 10/30/58, ss 007 64 7776

**WARRANT FOR ARREST**

CASE NUMBER: 04-M00023-CLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest            Saul A. Vesecky
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
escaping from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he was confined by the direction of the Attorney General

in violation of Title    18    United States Code, Section(s)  751(a)

Lawrence P Cohen
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

August 13, 2004 - Boston, MA
Date and Location

Bail fixed at $ _____  by _____
                                                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY USMS Arizona
ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/25/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.