UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> SAUL VESECKY | ) </br> ) </br> ) </br> ) Case No. 04 CR 10327 PBS </br> ) </br> ) Violations: </br> ) 18 U.S.C. § 751(a) - - Escape </br> ) </br> ) </br> ) </br> ) |

## INDICTMENT

<u>COUNT ONE</u>:   (18 U.S.C. § 751(a) - -  Escape)

The Grand Jury charges that:

On or about August 10, 2004, at Boston, in the District of Massachusetts, and elsewhere,

**SAUL VESECKY**

defendant herein, did knowingly escape from custody of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Massachusetts upon conviction for the commission of mailing threatening communication, in violation of Title 18 United States Code, Section 876.

All in violation of Title 18, United States Code, Section 751(a).

**A TRUE BILL**

_____
FOREPERSON OF GRAND JURY

_____
KIMBERLY P. WEST
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, November 2, 2004. @ 3:05 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

Place of Offense:     Category No. _____     Investigating Agency   U.S. MARSHALS

City   Boston

County   Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No.   03-10165-RCL
Same Defendant   X    New Defendant _____
Magistrate Judge Case Number   04-MJ-00023-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   PHOC

Birth date: 1958   SS#: ---- --- 7776   Sex: M   Race: Caucasian   Nationality: USA

Defense Counsel if known:   Catherine Byrne    Address:   Federal Defenders, Atlantic Avenue, Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Kim West    Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

☒ Already in Federal Custody as   October 27, 2004   in   PHOC

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty    ☐ Misdemeanor    ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/2/04     Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) 04 cr 10327 PBS

**Name of Defendant**  Saul Vesecky

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 751(a) | escape | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**    Saul Vesecky
JS45.wpd - 3/13/02