UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10327-PBS


UNITED STATES OF AMERICA


v.


SAUL A. VESECKY


PROCEDURAL ORDER

November 3, 2004


COHEN, M.J.

The government has filed a second motion[1] for a competency examination of the above-named defendant.

In connection with that motion, the government shall, on or before the close of business, November 16, 2004, file a written memorandum setting forth the reasons warranting an examination of the defendant, given the fact that less than seven months ago, the defendant was found competent by another judge of this court.[2]  If the basis for

---

[1]    The first motion was filed at the complaint stage of this case in anticipation of a detention hearing which has now been held.  That initial motion was denied without prejudice.

[2]    This is an escape case.  In the underlying case, Judge Lindsay concluded that the defendant was competent to enter a plea of guilty.

that motion consists of matters occurring <u>after</u> Judge Lindsay concluded that the defendant was competent to enter a plea of guilty, then the government shall detail those matters.

In response thereto, the attorney for the defendant shall indicate her view as to the need of a competency examination in a memorandum to be filed on or before November 30, 2004.  In that memorandum, counsel for the defendant shall address the hallmarks of competency - *i.e.*, whether, in counsel's view, the defendant understands the nature of the proceedings against him and is able to reasonably assist counsel in any defense he may have.

So ordered.

_____
UNITED STATES MAGISTRATE JUDGE