AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES
V.
SAUL VESECKY

**EXHIBIT AND WITNESS LIST**

Case Number: MJ 04-23

| PRESIDING JUDGE  COHEN | PLAINTIFF'S ATTORNEY  WEST | DEFENDANT'S ATTORNEY  BYRNE |
|---|---|---|
| TRIAL DATE (S)  11/2/04 DETENTION HEARING | COURT REPORTER | COURTROOM DEPUTY  MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/2/04 |  |  | DUSM - SUE WILLIAMS |
| 1 |  | 11/2/04 | X | X | CR 03-10165 JUDGMENT OF CONVICTION |
| 2 |  | 11/2/04 | X | X | FURLOUGH APPLICATION - BOP |
| 3 |  | 11/2/04 | X | X | COPIES OF LETTERS BY SAUL VESECKY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages