UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-M0023-LPC |
| v. ) | |
| ) | |
| SAUL VESECKY ) | |
| ) | |
| ) | |

### GOVERNMENT'S RENEWED MOTION FOR HEARING PURSUANT TO 18 U.S.C. § 4241

The government respectfully renews its motion for a hearing regarding Defendant's competency, pursuant to 18 U.S.C. § 4241. As ground for this motion, the Government submits that there is reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense.

Further, the Government requests that a psychiatric or psychological examination of the Defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KIMBERLY P. WEST
Assistant U.S. Attorney
(617) 748-3176

Dated: November 2, 2004

CERTIFICATE OF SERVICE

Boston, Massachusetts                                        November 2, 2004

    I, Kimberly P. West, Assistant U.S. Attorney, do hereby certify that I have, this day, hand-delivered a copy of the foregoing, to Catherine Byrne, Esq., Federal Defenders Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210.

                                                        KIMBERLY P. WEST
                                                        Assistant U.S. Attorney