UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     CRIMINAL NO. 04-10327-PBS
                                  )
SAUL VESECKY                      )

<u>MOTION FOR RULE 11 HEARING</u>

Defendant Saul Vesecky moves that the court schedule a Rule 11 hearing as soon as possible, as the defendant may very well be held in custody as a pretrial detainee longer than the ultimate United States Sentencing Guideline range.

SAUL VESECKY
By his attorney,

/s/ Catherine K. Byrne

Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061