UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10327-PBS |
| | ) | |
| SAUL A. VESECKY | ) | |

<u>RENEWED MOTION FOR RULE 11 HEARING</u>

Counsel for defendant received notice this case was referred back to Magistrate Judge Cohen for a competency hearing. However, Judge Cohen has already denied the government's motion. See Docket Sheet 04-mj-00023-LPC. On October 6, 2004 a motion for a competency hearing as to Saul A. Vesecky was filed by the government. On October 27, 2004 Judge Cohen addressed the government's motion and denied it after a hearing finding, "given the representation by counsel for the defendant that she has no difficulty in conferring with the defendant in connection with the impending detention hearing, and given that counsel for the defendant has no reason to believe that the defendant is unable to assist in the defense in this regard, and given that, when the defendant recently appeared before Judge Lindsay of this court for the purpose of entering a plea of guilty, Judge Lindsay concluded that the defendant was competent to enter a plea, the motion is denied without prejudice."

There is no motion pending before this court.  Therefore Defendant Saul Vesecky moves that the court schedule a Rule 11 hearing as soon as possible, as the defendant may very well be held in custody as a pretrial detainee longer than the ultimate United States Sentencing Guideline range.

                                              SAUL A. VESECKY  
                                              By his attorney,

                                              /s/ Catherine K. Byrne

                                              Catherine K. Byrne  
                                                 B.B.O. #543838  
                                              Federal Defender Office  
                                              408 Atlantic Avenue, 3rd Floor  
                                              Boston, MA  02110  
                                              Tel: 617-223-8061