UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10327-PBS

UNITED STATES OF AMERICA

v.

SAUL A. VESECKY

ORDER

November 22, 2004

COHEN, M.J.

The government has filed a renewed motion for a competency examination of the above-named defendant.[1]

On November 3, 2004, this court, for the reasons set forth therein, entered a Procedural Order directing the government to file a memorandum addressing the need for a competency hearing on or before November 16, 2004. See Docket No. 12.

No timely memorandum has been filed. Based on this court's observations of

---

[1] In a recently filed Renewed Motion for a Rule 11 hearing (# 16), counsel for defendant says that there is no motion for a competency hearing currently pending. That is not the case. The government first filed a motion for a competency hearing on November 6, 2004, while this case was in the criminal complaint stage. See Docket No. 5. That motion was denied without prejudice by electronic order dated October 27, 2004. After an indictment was returned, the government filed a renewed motion for a competency hearing. See Docket No. 14. That motion is still pending as of this date.

the defendant on a number of occasions while appearing before this court, and based on the representations of counsel for the defendant, made in open court and in the presence of the defendant, that she has experienced no difficulty in communicating with the defendant in terms of the defense of this action, and that she has no reason to believe that the defendant is mentally unable to assist in the preparation of a defense, this court finds and concludes that the defendant, for want of any evidence whatsoever to the contrary, indeed, for want of even an exciting suspicion to the contrary, is competent to stand trial or to enter a plea, if the latter be the case.

The renewed motion for a competency hearing is accordingly denied, and the file is hereby ordered returned to the district judge to schedule a Rule 11 hearing as requested by the defendant.

_____
UNITED STATES MAGISTRATE JUDGE