UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SAUL VESECKY )<br>)<br>) | Criminal No. 04-10327-PBS |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
COMPETENCY MOTION  LATE**

The government respectfully requests leave to file the Government's Second Renewed Motion for Hearing Pursuant to 18 U.S.C. § 4241 late.  As the basis for this motion, the government submits that it was remiss in not noting M.J. Cohen's procedural order requiring that such motion be filed by November 16, 2004.  However, notwithstanding the motion's tardiness, the District Court should be aware of the government's position before it accepts a plea from the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney
(617) 748-3176

Dated: December 1, 2004

CERTIFICATE OF SERVICE

Boston, Massachusetts                                                                December 1, 2004

    I, Kimberly P. West, Assistant U.S. Attorney, do hereby certify that I have, this day, hand-delivered a copy of the foregoing, to Catherine Byrne, Esq., Federal Defenders Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210.

                                                                                                      /s/ Kimberly P. West  
                                                                                   KIMBERLY P. WEST  
                                                                                   Assistant U.S. Attorney