recognized that the defendant may be suffering from competency issues. Nonetheless, the issues were not addressed. Although Judge Lindsay found the defendant competent in April, 2004, the government submits that the defendants' subsequent behavior provides cause to believe that his competency again has suffered. Inconsistent with reasonable behavior, the defendant escaped custody when he had less than one month left to serve on a halfway house sentence. Furthermore, evidence would suggest that he wrote another note to a victim in the underlying case in defiance of a direct order of this Court. It is possible that these actions merely illustrate criminal behavior, but in light of the defendant's mental history, it seems that they are more likely the result of a mental disease or mental incompetency.

    The Government requests that a psychiatric or psychological examination of the Defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:   /s/ Kimberly P. West
       KIMBERLY P. WEST
       Assistant U.S. Attorney
       (617) 748-3176

Dated: December 1, 2004