UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SAUL VESECKY

CRIMINAL ACTION
NO.  04-10327-PBS

## ORDER

SARIS, U.S.D.J.                                                                                    December 3, 2004

      The Federal Bureau of Prisons and Essex County House of Corrections are hereby ORDERED to forthwith perform a mental health evaluation of Saul Vesecky and to provide appropriate treatment and medication.

      /s/ Patti B. Saris
      Patti B. Saris
      United States District Judge

Copies to:  All Counsel