UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10327-PBS |
| | ) |
| SAUL VESECKY | ) |
| | ) |

## COURT ORDER, RE: TRANSFER OF DEFENDANT FOR PSYCHIATRIC EVALUATION

The Court hereby ORDERS that the defendant be transferred by the United States Marshal to Federal Medical Center, Devens in order that he may undergo a psychiatric evaluation. The defendant has previously been evaluated at the Bedford Veterans Administration Hospital by Lawrence Herz, M.D. As a result of the evaluation, Dr. Herz concluded that the defendant suffered from mental illness and was in need of an in-depth evaluation. The evaluation will be used in aid of sentencing.

Dated: 12/16/04

PATTI B. SARIS
United States District Judge