UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10327-PBS |
| | ) |
| SAUL A. VESECKY | ) |

ASSENTED-TO MOTION TO CONTINUE
SENTENCING TO COMPLETE EVALUATION

Counsel for defendant, with the United States Attorney's Office's (Assistant United States Attorney Kimberly West) agreement, moves to continue the sentencing in the above case from February 7, 2005 to March 7, 2005 or to a date as soon as possible thereafter.  On January 5, 2005 counsel for the defendant spoke to Dr. Christine Scronce who will be evaluating the defendant in aid of sentencing pursuant to this Court's order.  Dr. Scronce stated that defendant had arrived at Devens on January 5th and that she expected it would take 60 days to complete the evaluation.  This Court has indicated that she does not want to proceed to sentencing without the benefit of the information contained therein.  United States Probation Officer Lisa Dube has also expressed a desire to review the report in connection with her presentence report.  Defendant therefore requests that the sentencing be scheduled for March 7th or as soon as possible thereafter.  Under the government's calculation of the sentencing guidelines, defendant is facing four to ten

months.  Defendant has been detained since October 27, 2004.  On March 7th he will have been held as a pretrial detainee for approximately four months and one week.

        SAUL A. VESECKY
        By his attorney,

        /s/ Catherine K. Byrne

        Catherine K. Byrne
          B.B.O. #543838
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061