UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10327-PBS |
| ) | |
| SAUL A. VESECKY ) | |

ASSENTED-TO MOTION TO CONTINUE
SENTENCING TO COMPLETE EVALUATION

    Counsel for defendant, with the United States District Attorney's Office's (Assistant United States Attorney James Lang) agreement, moves to continue the sentencing in the above case from March 7, 2005 for one week to March 14, 2005 or to a date as soon as possible thereafter.  The report of evaluation has not been completed but is expected to be completed within the next week.  This Court has indicated that she does not want to proceed to sentencing without the benefit of the information contained therein.  United States Probation Officer Lisa Dube has also requested this additional week in order that she have an opportunity to review the report prior to completing

her presentence report and prior to making any recommendation to this Court.

                                          SAUL A. VESECKY
                                          By his attorney,

                                          /s/ Catherine K. Byrne

                                          Catherine K. Byrne
                                              B.B.O. #543838
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Date:  March 1, 2005

_____