UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

           v.                       CRIMINAL NO.   04-10327

SAUL A. VESECKY
    Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

Saris, D.J.

    Counsel and the defendant were present for sentencing hearing on  3/21/05 . The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1. (a) Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

         _X_ yes  ___ no

  (b) If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2. Are any legal issues in dispute?

         ___ yes  _X_ no

    If yes, describe disputed issues and their resolution:

2. (a) Tentative findings as to advisory guidelines are:

    Total Offense Level: _____11_____

    Criminal History Category: _____II_____

    __10__ to __16__ months imprisonment

    __24__ to __36__ months supervised release

    $__2000__ to $_20,000_ fine

    (plus $_____ cost of imprisonment/supervision)

      $_____ restitution

      $\_\_\_100.00\_\_\_\_ special assessment ($_____ on each of counts _____)

(b) Are there any legal objections to tentative findings?

    \_\_\_\_\_ yes   \_X\_ no

3.(a) Remarks by counsel for defendant.[1]

    \_X\_ yes   \_\_\_\_\_ no

(b) Defendant speaks on own behalf.

    \_\_\_\_\_ yes   \_X\_ no

(c) Remarks by counsel for government.

    \_X\_ yes   \_\_\_\_\_ no

4.(a) The sentence will be imposed as follows:

    \_\_\_\_13_____ months imprisonment

    _____ months/intermittent community confinement

    _____ months probation

    \_\_\_\_36_____ months supervised release

    $ _____ fine (including cost of imprisonment/supervision)

    $_____ restitution

    $ \_\_\_100.00\_\_\_\_ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.):

- FIRST SIX MONTHS IN COMMUNITY CONFINEMENT
- DEFENDANT SHALL SEND NO MORE LETTERS TO BRIFFETT FAMILY OR THREATENING LETTERS TO ANYONE
- MENTAL HEALTH TREATMENT
- DEFENDANT SHALL TAKE MEDICATIONS AS REQUIRED

(b) After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

5.  Statement of reasons for imposing sentence.
    Check appropriate space.

   (a) _X_ Sentence is within the advisory guideline range

   (b) ___ Sentence departs from the advisory guideline range as a result of:

        ___ substantial cooperation upon motion of the government

OR

        ___ a finding that the following (aggravating or mitigating)
        circumstance exists that is of a kind or degree not adequately
        taken into consideration by the Sentencing Commission in
        formulating the guidelines and that this circumstance should
        result in a sentence different from that described by the
        guidelines for the following reasons:

6. (a) Is the sentence under the advisory sentencing guidelines
       reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

              _X_ yes     ___ no

   (b)  If no, why is the guideline sentence unreasonable?

   (c)  Is restitution applicable in this case?

              ___ yes     _X_ no

        Is full restitution imposed?

              ___ yes     ___ no

        If no, less than full restitution is imposed for the
        following reasons:

   (d)  Is a fine applicable in this case?

              _X_ yes     ___ no

        Is the fine within the guidelines imposed?

              ___ yes     _X_ no

        If no, the fine is not within guidelines or no fine is
        imposed for the following reasons:

3

   __X__ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

   ____ Imposition of a fine would unduly burden the defendant's dependents; OR

   ____ Other reasons as follows:

7. Was a plea agreement submitted in this case?

    ____ yes   __X__ no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____        __S/PATTI B. SARIS__
Date                                  United States District Judge