PROB 7A
MA- 1/2005

Conditions of Probation and Supervised Release

# UNITED STATES DISTRICT COURT

## FOR THE
## District Of Massachusetts

To: _____Saul A Vesecky_____    Docket No.: _____0101 1:04CR1032  01_____

Address: _____

_____

Under the terms of this sentence, the defendant has been placed on supervised release by the Hon   le Patti B. Saris, United States District Judge for the District Of Massachusetts. The defendant's term of sup   ision is for a period of 36 months, commencing upon release from imprisonment.

While on supervised release, the defendant shall not commit another federal, state, or local crime.   ie defendant shall not illegally possess a controlled substance.

If the judgment imposed a fine or a restitution obligation, it shall be a condition of probation/supe   ;ed release that the defendant pay any such fine or restitution that remains unpaid at the commencement of th   rm of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sh   of the judgment. In any case, the defendant should cooperate with the probation officer in meeting any financia obligations.

The defendant shall report in person to the probation office in the district to which the defendant   :leased within 72 hours of release from the custody of the Bureau of Prisons (supervised release cases only).

☐    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

**For offenses committed on or after September 13, 1994:**

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall   mit to one drug test within 15 days of release from imprisonment or placement on probation and at least two pe   lic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer.

    ☐    The above drug testing condition is suspended based on the court's determination that the   endant poses a low risk of future substance abuse.

**It is the order of the Court that the defendant shall comply with the following standard conditions:**

(1)    The defendant shall not leave the judicial district without the permission of the court or p   ation officer;

(2)    The defendant shall report to the probation officer and shall submit a truthful and comple   vritten report within the first five days of each month;

PROB 7A  
(Rev. 9/00)

Page Two

(3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4) The defendant shall support his or her dependents and meet other family responsibilities;

(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

(6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;

(8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

(10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

(11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

(12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

(13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**The special conditions ordered by the Court are as follows:**

1) The first six months to be served in community confinement;

2) The defendant is to participate in mental health treatment as directed by U.S. Probation;

3) The defendant shall send no more letters to the Briffett family or threatening letters to anyone;

4) The defendant shall take medications as required;

$100.00 Special Assessment.

PROB 7A  
(Rev. 9/00)

Page Three

  Upon a finding of a violation of probation or supervised release, I understand that the court may ( evoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

  These conditions have been read to me. I fully understand the conditions and have been provided opy of them.

(Signed) _____     9/14/05
       Defendant           Date

_____    9/14/05
U.S. Probation Officer/Designated Witness     Date