

# MEMORANDUM

**To:** Honorable Patti B. Saris, U.S. District Judge
**From:** Joseph F. LaFratta, Senior U.S. Probation Officer
**Re:** Saul Vesecky (Dkt#04-10327-01)
**Date:** June 2, 2006

This memo is being written to inform Your Honor that Mr. Vesecky's whereabouts have been unknown since May 26, 2006. As Mr. Vesecky has two open cases in the District of Massachusetts, a Petition for a Warrant has been written to the Honorable Reginald C. Lindsay, who was the Judge on the original case (Dkt#03-10165). That Petition has been attached to this memo for your review. If Your Honor would like the Probation Office to duplicate this Petition for the instant case, please indicate below. Otherwise, the Probation Office will continue to update the Court regarding Mr. Vesecky's violation status before Judge Lindsay.

Reviewed and Approved by:

_____
Jonathan E. Hurtig
Supervising U.S. Probation Officer


[ ]    The Court wishes to remain updated with regard to Mr. Vesecky's violation status in Docket Number 03-10165.

[✓]    The Court wishes that the Probation Office produce a second warrant request with regard to the instant matter.

_____
Honorable Patti B. Saris
U.S. District Judge

Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Saul A. Vesecky                                           **Case Number:** 03-10165-01

**Name of Sentencing Judicial Officer:** Honorable Reginald C. Lindsay, U.S. District Judge

**Date of Original Sentence:** 4/13/04

**Original Offense:** Mail Threat Communication, in violation of 18 U.S.C. § 876 (counts 1-8)

**Original Sentence:** 20 months' custody, 36 months' supervised release

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 9/1/05

**Asst. U.S. Attorney:** Kimberly West                 **Defense Attorney:** Catherine Byrne

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| I | **Violation of Standard Condition #6: The defendant shall notify the Probation Officer at least 10 days prior to any change in residence or employment.** |

On May 26, 2006, Mr. Vesecky left his residence at the CREO program, located at 307 Huntington Ave. Boston, MA at approximately 11am. Staff members noticed that Mr. Vesecky had a number of bags of clothing in his possession. He informed them that he was leaving to wash his clothes. Mr. Vesecky has yet to return to this residence.

As a follow-up to Mr. Vesecky's whereabouts, this writer contacted Mr. Vesecky's employer on May 30, 2006, who advised that he had not reported for work since May 26, 2006. This writer also spoke with Dr. John Cusack on May 31, 2006, who reported that Mr. Vesecky missed his mental health counseling appointment on that same date. At the present time, Mr. Vesecky's whereabouts are unknown.

Prob 12C                                  - 2 -                    **Petition and Affidavit for Warrant or Summons**
                                                                   **for Offender Under Supervision**

## U.S. Probation Officer Recommendation:

The term of supervision should be:
- [X] Revoked
- [ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:                                              Respectfully submitted,

_____             By     _____
Jonathan E. Hurtig                                                 Joseph F. LaFratta
Supervising U.S. Probation Officer                                 Senior U.S. Probation Officer
                                                                   Date: 6/2/06

## THE COURT ORDERS
- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

_____
Signature of Judicial Officer

_____
Date